AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| KING BABY MARINE, LLC <br> *Petitioner* <br> v. <br> ZHUHAI IAG YACHT ENGINEERING CO. LTD. <br> *Respondent* | ) ) ) ) ) |

Civil Action No. 18-cv-62172-DPG

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __11/26/18__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __1/4/19__

**Angela E. Noble**
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-62172-DPG

KING BABY MARINE, LLC,

        Petitioner,

v.

ZHUHAI IAG YACHT
ENGINEERING CO. LTD.,

        Respondent.
_____/

> Certified to be a true and
> correct copy of the document on file
> Angela E. Noble, Clerk,
> U.S. District Court
> Southern District of Florida
> By _____
>               Deputy Clerk
> Date 1/4/19

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff King Baby Marine, LLC's Renewed Motion for Entry of Default Judgment Confirming Arbitration Awards Against Defendant Zhuhai IAG Yacht Engineering Co. LTD. [ECF No. 9]. On November 19, 2018, the Clerk of Court entered a default against Defendant for failure to appear, answer or otherwise plead to the Complaint within the time required. [ECF No. 8]. The Court has carefully considered the Motion and is otherwise fully advised in the premises. Therefore, it is

**ORDERED AND ADJUDGED** that Plaintiff's Renewed Motion for Entry of Default Judgment Confirming Arbitration Awards Against Defendant Zhuhai IAG Yacht Engineering Co. LTD. [ECF No. 9] is **GRANTED**, and pursuant to Federal Rule of Civil Procedure 58(a), final judgment will be entered separately.

This case is **CLOSED** and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of November, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-62172-DPG

KING BABY MARINE, LLC,

    Petitioner,

v.

ZHUHAI IAG YACHT
ENGINEERING CO. LTD.,

    Respondent.
_____/

> Certified to be a true and correct copy of the document on file
> Angela E. Noble, Clerk,
> U.S. District Court
> Southern District of Florida
> By _____ Deputy Clerk
> Date  1/4/19

## FINAL JUDGMENT

Before the Court is Petitioner King Baby Marine, LLC's Renewed Motion for Entry of Default Judgment Confirming Arbitration Awards (the "Motion"). [ECF No. 9]. The Court granted the Motion in a separate Order. [ECF No. 10]. Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, the Court enters this separate final default judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Marino Arbitration Award, ECF No. 1-1, is **CONFIRMED**.

2. The Monahan Arbitration Award, ECF No. 1-2, is **CONFIRMED**.

3. A default final judgment is entered in favor or King Baby Marine, LLC for recovery from Zhuhai IAG Yacht Engineering Co. Ltd. the total amount of US$2,258,465.05, which is composed of (a) US$1,238,553.89 for the Marino Arbitration Award and pre-judgment interest of US$146,997.68 thereon, and (b) US$783,074.46 for the Monahan Arbitration Award and pre-judgment interest of US$89,839.02 thereon.

4. Interest shall accrue at the rate prescribed by 28 U.S.C. § 1961.

5. The Court shall retain jurisdiction over any requests for the award of attorney's fees and costs and over discovery in aid of execution.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of November, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   counsel of record